UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE E. KERSEY,<br>    Plaintiff,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br>    Defendant. | )<br>)<br>)<br>)    C.A. No. 19-11932-NMG<br>)<br>)<br>) |

## PROCEDURAL ORDER

Plaintiff has filed a self-prepared complaint, but has not paid the $350.00 filing fee and the $50.00 administrative fee, *see* 28 U.S.C. § 1914(a) ($350.00 filing fee for all non-habeas civil actions), or filed a motion for leave to proceed without prepayment of the filing fee, *see* 28 U.S.C. § 1915 (proceedings *in forma pauperis*).

Accordingly, plaintiff must either (1) pay the $400.00 filing and administrative fees; or (2) move for leave to proceed without prepayment of the filing fee. Failure of plaintiff to comply with this directive by **_Tuesday, October 15, 2019_** may result in the dismissal of this action.

If plaintiff elects to seek *in forma pauperis* status, plaintiff must submit an affidavit that includes a statement of all plaintiff's assets. *See* 28 U.S.C. § 1915(a)(1). For the convenience of litigants, this Court provides a form application to seek leave to *proceed in forma pauperis*. The Clerk shall provide plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

SO ORDERED.

    9/23/2019                                          /s/ Nathaniel M. Gorton
DATE                                                  UNITED STATES DISTRICT JUDGE